UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 SEP -8 PM 1:57

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER P. BEBRIS,

    Defendant.

Case No. 21-CR-

[18 U.S.C. §§ 2252A(a)(5)(B) and 3147(1)]

Green Bay Division 21-CR-183

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about August 20, 2021, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER P. BEBRIS**

knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included files identified by the following file names:

| Partial File Name | Description |
|---|---|
| 809.jpg | A digital image depicting a prepubescent female with an approximate age of 4 to 5 years old with her nightgown pulled up and her vagina exposed which is the central focus of the image. |
| 844.jpg | A digital image depicting a prepubescent female with an approximate age of 4 to 5 years old who is shown on her hands and knees with her buttocks and vagina exposed to the camera. The buttocks and vagina are the central focus of the image. |
| 594.jpg | A digital image depicting a prepubescent female with an approximate age of 3 to 4 years seated on a couch with adorned pillows behind her and a blanket across her stomach. Her vagina is exposed to the camera and is central to the image. |

3. The defendant was on release pursuant to an order dated October 1, 2019, from the United States District Court in the Eastern District of Wisconsin, Case No. 19-CR-2, which order notified said defendant of the potential effect of committing an offense while on pretrial release.

4. The defendant has a prior conviction under Federal law for distribution of child pornography; to wit: a conviction on August 4, 2020, in the United States District Court in the Eastern District of Wisconsin, Case No. 19-CR-2.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 3147(1).

2

## FORFEITURE NOTICE

Upon conviction of the count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

_____
FOREPERSON

Dated: 9/8/2021

_____
RICHARD G. FROHLING
Acting United States Attorney

3