# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CHANGE OF PLEA** |
| v. | **AND SENTENCING** |
| **ALEXANDER P. BERIS** | Case No. 21-CR-183 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 1:33 PM
Proceeding Held: November 2, 2021  Time Concluded: 2:06 PM
Deputy Clerk: Mara  Tape: 110221 Zoom Video

**Appearances:**

UNITED STATES OF AMERICA by:  Daniel R. Humble

ALEXANDER P. BEBRIS via video and by:  Krista Halla-Valdes

US PROBATION OFFICE by:  Mitchell Farra

☒ Defendant consents to appear and proceed by video conference. The Court makes findings to hold the hearing via video and specific findings to this case/defendant that further delay would seriously impair the interest of justice in this matter.

---

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

---

- ☒ GUILTY plea entered to Count(s) 1 of the:
  ☒ indictment, ☐ superseding indictment, ☐ information
- ☒ CHARGE: 18:2252A(a)(5)(B) and 3147 Possession of Child Pornography
- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
- ☒ Defendant adjudged guilty

| ☒ The parties have no objections to the factual statements in the PSR | ☒ The parties have no objections to the application of the guidelines in the PSR |
|---|---|
| ☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant | ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant |
| ☒ The court adopts the factual statements and guideline application as set forth in the PSR | ☐ The court adopts the factual statements and guideline application with these changes: |

| ☒ The government presents sentencing argument: Joint recommendation of 10 yr mm to be served consecutive to sentence imposed in case 19CR2. | ☒ The defendant presents sentencing argument: Joint recommendation of 10 yr mm to be served consecutive to sentence imposed in case 19CR2. |
|---|---|
| ☐ Defendant exercises right of allocution. | ☒ The court imposes sentence. |
| ☐ The government dismisses all remaining counts. | ☒ Defendant advised of appeal rights. |

The Court notes the defendant's video froze several times throughout the hearing and inquires if he was able to hear the entire proceeding or if he needed anything repeated.

Mr. Bebris states that although his video froze a few times he was still able to hear everything that was being said and does not need anything repeated.

**SENTENCE IMPOSED:**

**Imprisonment:** 10 years as to Ct 1 of the Indictment.

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED: 120 months.**

☒ This term of imprisonment is to be served (☐ concurrently with or ☒ consecutively to) federal sentence the defendant is currently serving in EDWI Case No. 19CR2.

**Probation:**

**Supervised Release:** 10 years as to Ct 1 of the Indictment.
(concurrent with SR term previously imposed in case 19CR2).

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00          due immediately

**Fine:** $          ☒ fine waived

**Restitution:** $          ☐ determination deferred

## JOINT AND SEVERAL PAYMENTS

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

## FORFEITURE

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

## RECOMMENDATIONS

☒ The court recommends the defendant's placement at a facility nearest to his home in Wisconsin as possible.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒ Other: The court recommends the defendant's participation in mental health treatment.

## CUSTODY

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

## CONDITIONS OF SUPERVISED RELEASE/PROBATION

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: